UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

OFF THE RACK, INC                          CIVIL ACTION NO.
                                                                 NO. 06-7976

VERSUS

SCOTTSDALE INSURANCE COMPANY, ET. AL.      SECTION M

**ORDER**

      Before the Court is Plaintiff's Motion to Remand, which is opposed and which came for hearing on December 20, 2006.  After consideration of the motion and the applicable law, the Court grants the motion.

      Plaintiff, Off the Rack, Inc., was the lessee of immovable property and a building and its contents located at 36443 Highway 11, Suite C, Buras, Louisiana.  The plaintiff's contents were insured under a commercial insurance policy with Defendant, Scottsdale Insurance Company (Scottsdale), procured through defendant agency, Beyer-Beeson Agency, LLC. (Beyer-Beeson).  Hurricane Katrina destroyed plaintiff's business and all of its contents.  Plaintiff filed a claim for reimbursement with its insurer, Scottsdale, for the value of the lost movable property caused by rain, tornados or other high wind phenomena.  Scottsdale refused to pay under the policy, and plaintiff brought suit in the 25th Judicial District Court for Plaquemines Parish.  Scottsdale removed the suit to this

Court contending the Beyer-Beeson' citizenship should be ignored as is was improperly joined for the purpose of defeating diversity jurisdiction.  Plaintiff filed this motion to remand.

Plaintiff's petition alleges that it relied on Beyer-Beeson for its professional insurance advice and expressed in unequivocal terms its desire for coverage for its business property for a catastrophic loss in the event of a hurricane.  Plaintiff's petition further alleges that Beyer-Beeson was negligent in numerous respects including failing to recommend and/or procure flood insurance which would sufficiently cover plaintiff for damages sustained in a hurricane.

Plaintiff states a viable cause of action against a non-diverse defendant; therefore, Scottsdale and Beyer-Beeson have not proved fraudulent joinder.

**Accordingly**, the Motion is **GRANTED**.  The matter is **REMANDED** to the 25th Judicial District Court for the Parish of Plaquemines.

New Orleans, Louisiana, this 22nd day of December, 2006.

                                        Peter Beer
                                 United States District Judge